IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD HARRY JAMES,    2:06-cv-2911-GEB-CMK-P

    Petitioner,

  vs.    ORDER

KEN CLARK, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for a certificate of appealability (Doc. 19), filed on May 27, 2008.

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. See Fed. R. App. P.

1  22(b). For the reasons set forth in the magistrate judge's March 13, 2008 findings and
2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3  right.
4        Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate
5  of appealability is denied.
6  Dated: June 20, 2008

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```